**Ho Tin TSE, aka Frederick Ho Tin Tse, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 99–71496.

INS No. A41–979–008.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 13, 2001.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BROWNING, KLEINFELD, and McKEOWN, Circuit Judges.

MEMORANDUM **

Ho Tin Tse, a native and citizen of Hong Kong, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from an Immigration Judge's order finding him deportable under 8 U.S.C. § 1251(a)(2)(A)(i) (1994). The transitional rules apply, *see Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997), and we have jurisdiction to determine our own

jurisdiction, *see Aragon–Ayon v. INS*, 206 F.3d 847, 849 (9th Cir.2000). We dismiss the petition.

Tse is deportable notwithstanding a state court's expungement of his conviction for kidnaping and inflicting great bodily harm. *See Murillo–Espinoza v. INS*, 261 F.3d 771, 774 (9th Cir.2001). Because Tse was convicted of an enumerated offense, which is covered by 8 U.S.C. § 1252(a)(2)(C), we dismiss this petition for review for lack of jurisdiction. *See Magana–Pizano v. INS*, 200 F.3d 603, 607 (9th Cir.1999).

PETITION FOR REVIEW DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

